# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UGOCHUKWU ADIGWEME,

    Plaintiff,

v.  Case No: 6:25-cv-295-GAP-LHP

DEPARTMENT OF VETERAN
AFFAIRS and JACLYN MARINO,

    Defendants

## ORDER

This cause comes before the Court on the Defendants' Motion to Substitute and Motion to Dismiss (Doc. No. 16) filed June 4, 2025.

On September 5, 2025, the United States Magistrate Judge issued a report (Doc. No. 28) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Substitute and Motion to Dismiss (Doc. 16) is **GRANTED**. The United States of America is hereby substituted for Defendant Jaclyn Marino. The clerk is directed to terminate Defendant Jaclyn Marino. Defendant United States of America shall

answer the complaint within sixty (60) days from the date of this order.

3. Count V of the Complaint (Doc. 1) is hereby **DISMISSED** for lack of subject matter jurisdiction.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 22, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party